CHARLES J. BISHOP, Respondent, *v.* JOHN FERGUSON, Appellant.

(Argued September 14th, 1871; decided November 10th, 1871.)

*L. L. Bundy*, for Appellant.

*H. J. Prindle*, for respondent.

Agree to affirm. No opinion.

---

DUANE C. ALLIS, Respondent, *v.* JOHN LEONARD et al., Appellants.

Where a complaint upon a promissory note alleged a making and delivery of the note to the payee, and a sale and delivery thereof to plaintiff, who was owner, etc., the answer admitted "the making and delivery of said note as averred in the complaint," but denied each and every other allegation, and set up payment.

*Held,* the answer put in issue the sale and delivery, and authorized proof on the part of defendant that the payee was, in fact, the owner, and that the note had been paid to him.

(Argued September 15th, 1871; decided November 11th, 1871.)

*M. M. Waters*, for appellants.

*Ballard & Warner*, for respondent.

RAPALLO, J., reads opinion for reversal and new trial.

All concur.

Judgment reversed.